**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

In re:

**DEVON K. TALBOT  and**                    Case No. 24-43544 lsg
**JESSICA A. TALBOT,**                     Chapter 7
          Debtors.                  HON. LISA S. GRETCHKO

_____/

## NOTICE OF LIMITED APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of John Robert Keyes, as attorney for the debtor for the limited purpose of representing the debtor at the section 341 meeting of the creditors.  The Law Office of Gregory T. Osment & Associates shall continue to represent the debtor in all other matters.

Dated:  April 11, 2024

                                         /s/ John Robert Keyes
                                       John Robert Keyes (P68856)
                                       Attorney for Debtor
                                       1646 E. Stadium Blvd.
                                       Ann Arbor, MI 48104
                                       (734) 662-1590
                                       Robert@robertkeyeslaw.com

Dated:  April 11, 2024                     /s/Gregory T. Osment
                                         Gregory T. Osment (P41385)
                                       Attorney for Debtor
                                       13 Washington St., Suite 2
                                       Monroe, MI   48161
                                       (734) 242-4441
                                       gtoesq@sbcglobal.net